**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1396**

_____

GLORIA BAUTISTA,

                Plaintiff - Appellant,

          v.

CLEMSON UNIVERSITY,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Henry F. Floyd, District Judge.
(8:07-cv-01287-HFF)

_____

Submitted:  March 24, 2010              Decided:  April 1, 2010

_____

Before WILKINSON and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Melvin Hutson, P.A., Greenville, South Carolina, for Appellant.
James W. Logan, Jr., LOGAN, JOLLY & SMITH, LLP, Anderson, South
Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gloria Bautista appeals the district court's order adopting the magistrate judge's reports and recommendations to grant Defendant's summary judgment motion on her race and national origin discrimination claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2006).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  Bautista v. Clemson Univ., No. 8:07-cv-01287-HFF (D.S.C. Mar. 20, 2009).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED